IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL CAGLE JR.
ADC #113821                                                                                     PETITIONER

VS.                                   5:03CV00406 JLH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DISMISSED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 7th day of March, 2006.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE